IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRANCE L. KIMBROUGH,

    Plaintiff,

v.                                  CASE NO. 4:17cv249-RH/CAS

CORIZON HEALTH, INC.,
M. TANNER, and V. HAMLET,

    Defendants.

_____/

## ORDER DENYING THE MOTION TO DISMISS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 29. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The defendants' motion to dismiss, ECF No. 24, is denied. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on July 31, 2018.

                                        s/Robert L. Hinkle
                                        United States District Judge