IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRANCE L. KIMBROUGH,

    Plaintiff,

v.                          CASE NO. 4:17cv249-RH/CAS

CORIZON HEALTH, INC.,
M. TANNER, and V. HAMLET,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 46, the objection, ECF No. 47, and the response to the objections, ECF No. 48. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The second report and recommendation is accepted and adopted as the court's opinion. The defendants' summary-judgment motion, ECF No. 37, is

granted. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

      SO ORDERED on August 16, 2019.

                              s/Robert L. Hinkle
                              United States District Judge